■ In the Matter of JOSEPH A. ESQUIROL, an Attorney.— Motion for reinstatement granted, pursuant to section 90 of the Judiciary Law. Respondent will be reinstated upon taking the appropriate oath. Concur — Nunez, J. P., Kupferman, Murphy, Lane and Steuer, JJ.

## (June 19, 1973)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD SANTIAGO, True Name GERALD SANTIAGO GONZALEZ, Appellant.— Judgment, Supreme Court, New York County, rendered on March 3, 1972, unanimously affirmed, without prejudice to a motion pursuant to CPL article 440. No opinion. Concur — Markewich, J. P., Nunez, Lane, Steuer and Capozzoli, JJ.

■ BENJAMIN R. SCHENCK, as Superintendent of Insurance of the State of New York, Respondent, v. EXECUTIVE LIFE INSURANCE Co. et al., Appellants. — Order, Supreme Court, New York County, entered on March 30, 1973, unanimously affirmed on the opinion of Helman, J., at Special Term, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Markewich, Kupferman, Steuer and Macken, JJ. [74 Misc 2d 12.]